FILED
CLERK, U.S. DISTRICT COURT

8/11/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CD___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>DANIEL SANDOVAL,<br><br>　　　　Defendant. | CR 2:23-cr-00401-SVW<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1038(a)(1): False Information and Hoaxes] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1038(a)(1)]

On or about March 21, 2021, in Riverside County, within the Central District of California, defendant DANIEL SANDOVAL knowingly engaged in conduct with intent to convey false and misleading information under circumstances where such information may reasonably have been believed, that indicated that an activity would take place that would constitute a violation of Title 18, United States Code, Section 2332a(a)(3), Use of a Weapon of Mass Destruction, specifically, defendant SANDOVAL provided an online tip to a Department of Defense reporting system that falsely stated that

Individual 1 planned to detonate explosive or other lethal devices at a United States Navy facility located in Seal Beach, California.

                            COUNT TWO

                       [18 U.S.C. § 1038(a)(1)]

    On or about March 22, 2021, in Los Angeles County, within the Central District of California, defendant DANIEL SANDOVAL knowingly engaged in conduct with intent to convey false and misleading information under circumstances where such information may reasonably have been believed, that indicated that an activity would take place that would constitute a violation of Title 18, United States Code, Section 2332a(a)(3), Use of a Weapon of Mass Destruction, specifically, defendant SANDOVAL provided an online tip to a Department of Defense reporting system that falsely stated that Individual 2 and others planned to detonate bombs or other explosive devices at a government facility located in Bell Gardens, California.

COUNT THREE

[18 U.S.C. § 1038(a)(1)]

On or about March 23, 2021, in Los Angeles County, within the Central District of California, defendant DANIEL SANDOVAL knowingly engaged in conduct with intent to convey false and misleading information under circumstances where such information may reasonably have been believed, that indicated that an activity would take place that would constitute a violation of Title 18, United States Code, Section 2332a(a)(3), Use of a Weapon of Mass Destruction, specifically, defendant SANDOVAL provided an online tip to a Department of Defense reporting system that falsely stated that

///

///

Individual 3 and others planned to detonate bombs or other explosive devices and conduct a mass shooting at a government facility located in South El Monte, California.

                                        A TRUE BILL

                                         /S/
                                        Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

IAN V. YANNIELLO
Assistant United States Attorney
Deputy Chief, General Crimes Section

JAMES A. SANTIAGO
Assistant United States Attorney
International Narcotics, Money Laundering & Racketeering Section