# *Memorandum*

2:23-cr-00401-SVW

 

| Subject: | Date: |
|---|---|
| <u>United States v. Daniel Sandoval</u> | August 11, 2023 |

| To: | From: |
|---|---|
| KIRY K. GRAY<br>Clerk, United States District Court<br>Central District of California | JAMES A. SANTIAGO<br>Assistant United States Attorney<br>Criminal Division |

The above-referenced matter, being filed on August 11, 2023:

- Relates to a matter that was pending in the Terrorism and Export Crimes Section in the USAO's National Security Division on or before August 3, 2015; (2) a matter pending in the USAO's National Security Section in the USAO's Criminal Division on or before August 3, 2015, or a matter in which the National Security Section was previously involved; (3) a matter pending in the USAO's National Security Division between September 14, 2016 and March 20, 2020; or (4) a matter in which Assistant United States Attorney Patrick R. Fitzgerald is or has been personally involved or on which he has personally consulted while employed in the USAO.

_____
JAMES A. SANTIAGO
Assistant United States Attorney